IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **TNM Corporation,** | § | |
|     Plaintiff, | § | |
| | § | CIVIL ACTION NO. H-14-1269 |
| v. | § | |
| | § | |
| **Seville Farms, Inc., et al,** | § | |
|     Defendants. | § | |

<u>**O R D E R**</u>

In accordance with the Stipulation of Dismissal filed on July 8, 2014 (docket entry no. 4), this action is dismissed without prejudice.

**SIGNED** at Houston, Texas, on this 8th day of July, 2014.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE